# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**KIM GENTRY and KIM GENTRY**
**DRESSAGE, LLC,**

    **Plaintiff,**

v.                                                                            Case No: 5:25-cv-50-RBD-PRL

**MELISSA PRELL, DVM, and**
**PETERSON & SMITH EQUINE**
**HOSPTIAL, LLC,**
    **Defendants.**

## ORDER

This case is before the Court for consideration of Plaintiffs Kim Gentry and Kim Gentry Dressage LLC's motion to strike Defendant's affirmative defenses. (Doc. 20). In the brief motion, Plaintiffs simply recite that they "deny all Affirmative Defenses and demand strict proof thereof." (Doc. 20). Defendants have filed no direct response to Plaintiffs' motion.

To the extent that Plaintiffs' motion requests relief from the Court, it is due to be denied as procedurally deficient under Federal Rule of Civil Procedure 7(b) and Local Rule 3.01. Notably, the motion lacks "a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request," as required by Local Rule 3.01(a). The motion also lacks the certification required by Local Rule 3.01(g).

Accordingly, upon due consideration, Plaintiffs' motion to strike (Doc. 20) is due to be DENIED.

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on May 13, 2025.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties